UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    THOMAS J. DABALDO

              Debtor(s)

    THOMAS J. DABALDO,

              Movant

Vs:

    NO RESPONDENTS

Case No. 08-20024-TPA

Chapter 13

Doc. #____

Hearing Date/Time:  09/13/2017 @ 9:30 a.m.

Responses Due:  08/11/2017

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION TO REOPEN BANKRUPTCY CASE**

**TO THE RESPONDENT(S):**

You are hereby notified that the Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **August 11, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

A hearing will be held on **September 13, 2017, at 9:30 a.m. before Judge Thomas P. Agresti, Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: July 25, 2017

              */s/ Sharon M. Menchyk*
              Sharon M. Menchyk, Esquire
              PA I.D. No. 85559
              BLUMLING & GUSKY, LLP
              436 Seventh Avenue, Suite 1200
              Pittsburgh, PA 15219
              P: 412-227-2500
              F: 412-227-2050
              smenchyk@bglaw-llp.com