UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS J. DABALDO

Debtor(s)

THOMAS J. DABALDO,

Movant

Vs:

NO RESPONDENTS

Case No. 08-20024-TPA

Chapter 13

Doc. #_____

Hearing Date/Time:  09/13/2017 @ 9:30 a.m.

Responses Due:  08/11/2017

Related to Doc Nos. 75, 77 & 78

**CERTIFICATE OF NO OBJECTION
TO MOTION TO REOPEN BANKRUPTCY CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Case has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Case appears thereon.  Responses to the Motion to Reopen Bankruptcy Case were to be filed and served no later than August 11, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Reopen Bankruptcy Case be entered by the Court.

Date: August 14, 2017

Respectfully submitted,

*/s/ Sharon M. Menchyk*
Sharon M. Menchyk, Esquire
BLUMLING & GUSKY, LLP
PA. I.D. No.  85559
436 Seventh Avenue
1200 Koppers Building
Pittsburgh, PA  15219
T:  (412) 227-2500
F:  (412)227-2050
SMenchyk@bglaw-llp.com
Counsel for Debtor

{22760.02/921641:}