UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>THOMAS J. DABALDO<br><br>Debtor(s)<br><br>THOMAS J. DABALDO,<br><br>Movant<br>Vs:<br><br>OCWEN LOAN SERVICING INC.<br><br>Respondent | Case No. 08-20024-TPA<br><br>Chapter 13<br><br>Doc. #____<br><br>Hearing Date/Time:  09/13/2017 @ 9:30 a.m.<br><br>Responses Due:  09/01/2017 |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the Motion To Have Mortgage Deemed Satisfied Or In The Alternative, For An Accounting together with the Notice of Hearing was served this 15th day of August, 2017 upon the all parties set forth below via First Class, U.S. Mail, postage prepaid:

| | |
|---|---|
| Ocwen Loan Servicing, Inc.<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33414 | Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Office of the U. S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | |

Date: August 15, 2017

*/s/ Sharon M. Menchyk*
Sharon M. Menchyk, Esquire
PA I.D. No. 85559
BLUMLING & GUSKY, LLP
436 Seventh Avenue, Suite 1200
Pittsburgh, PA 15219
P: 412-227-2500
F: 412-227-2050
smenchyk@bglaw-llp.com

{22760.02/922223:}