FILED
8/15/17 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>THOMAS J. DABALDO<br><br>Debtor(s)<br><br>THOMAS J. DABALDO,<br><br>Movant<br>Vs:<br><br>NO RESPONDENTS | Case No. 08-20024-TPA<br><br>Chapter 13<br><br>Doc. #  75 |

## ORDER OF COURT

AND NOW, this ___15th___ day of __August__, 2017, upon consideration of the foregoing Motion to Reopen Bankruptcy Case, good cause being shown, the above case shall be reopened.

BY THE COURT:

_____ J.
jlm

{22760.02/916495:}

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                                Case No. 08-20024-TPA
Thomas J. DaBaldo                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Aug 15, 2017
                              Form ID: pdf900         Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db             #+Thomas J. DaBaldo,    393 Tara Drive,    Pittsburgh, Pa 15236-4318
11742353       +Homecomings Financial,    2711 North Haskell Avenue, Suite 900,     Dallas, TX 75204-2915
11742354       +Homecomings Financial LLC,    Attn: Payment Processing,    3451 Hammond Avenue,
                 Waterloo, IA 50702-5345
11753115       +Homecomings Financial, LLC,    Bankruptcy Department,    1100 Virginia Drive P.O. Box 8300,
                 Fort Washington, PA 19034-8300
11742355       +Pleasant Hills Borough,    c/o Lisa M. Burkhart Esq.,    310 Grant St.-Ste. 1109,
                 Pittsburgh PA 15219-2227
11742356       +Pleasant Hills School District,    c/o Real Estate Tax Collector,    P. O. Box 10931,
                 Pittsburgh, PA 15236-0931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 16 2017 01:31:22      Duquesne Light Company,
                 c/o S. James Wallace,    The Gulf Tower, 38th Floor,    707 Grant Street,
                 Pittsburgh, PA 15219-1908
11810469        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2017 01:31:11      Pallino Receivables III LLC,
                 c/o Jefferson Capital Systems LLC,    PO Box 23051,    Columbus GA 31902-3051
11759666        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2017 01:30:54
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
11868787       +E-mail/Text: ebn@vativrecovery.com Aug 16 2017 01:30:45      Verizon Pennsylvania Inc,
                 c/o Vativ Recovery Solutions,    as agent for Palisades/Asta,    P.O. Box 19249,
                 Sugar Land, TX 77496-9249
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GMAC Mortgage,LLC
cr              Homecomings Financial, LLC
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Homecomings Financial, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew L. Spivack    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Gary J. Gaertner    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com;garygaertner@gmail.com
              Jay B. Jones    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kenneth Steidl    on behalf of Debtor Thomas J. DaBaldo julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Krysia Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    GMAC Mortgage,LLC pawb@fedphe.com
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Aug 15, 2017
                              Form ID: pdf900         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sharon M. Menchyk    on behalf of Debtor Thomas J. DaBaldo SMenchyk@bglaw-llp.com, ktosadori@bglaw-llp.com

                                                                                                         TOTAL: 12