UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>　　THOMAS J. DABALDO<br><br>　　　　　　Debtor(s)<br><br>　　THOMAS J. DABALDO,<br><br>　　　　　　Movant<br>Vs:<br><br>　　OCWEN LOAN SERVICING INC.<br><br>　　　　　　Respondent | Case No. 08-20024-TPA<br><br>Chapter 13<br><br>Doc. #____<br><br>Hearing Date/Time:  09/13/2017 @ 9:30 a.m.<br><br>Responses Due:  09/01/2017 |

**CERTIFICATE OF NO OBJECTION TO MOTION TO HAVE MORTGAGE DEEMED SATISFIED OR IN THE ALTERNATIVE, FOR AN ACCOUNTING**

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Have Mortgage Deemed Satisfied Or In The Alternative, For An Accounting has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy Case appears thereon.  Responses to the Motion To Have Mortgage Deemed Satisfied Or In The Alternative, For An Accounting were to be filed and served no later than September 1, 2017.

　　It is hereby respectfully requested that the Order attached to the Motion To Have Mortgage Deemed Satisfied Or In The Alternative, For An Accounting be entered by the Court.


Date: September 5, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sharon M. Menchyk*
　　　　　　　　　　　　　　　　　　　　　　　　Sharon M. Menchyk, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　BLUMLING & GUSKY, LLP
　　　　　　　　　　　　　　　　　　　　　　　　PA. I.D. No.  85559
　　　　　　　　　　　　　　　　　　　　　　　　436 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　　　　　1200 Koppers Building
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　　　　T:  (412) 227-2500
　　　　　　　　　　　　　　　　　　　　　　　　F:  (412)227-2050
　　　　　　　　　　　　　　　　　　　　　　　　SMenchyk@bglaw-llp.com
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor