## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS J. DABALDO, | : | BK. No. 08-20024-TPA |
| Debtor, | : | |
| | : | Chapter No. 13 |
| THOMAS J. DABALDO, | : | |
| | : | Hearing Date: 9/13/17 |
| Movant, | : | |
| v. | : | Hearing Time: 9:30 a.m. |
| | : | |
| OCWEN LOAN SERVICING INC., | : | Doc. No. 81 |
| | : | |
| Respondent. | : | |
| | : | |

### RESPONSE OF OCWEN LOAN SERVICING, LLC
### TO THE MOTION TO HAVE MORTGAGE DEEMED SATISFIED OR IN THE
### ALTERNATIVE, FOR AN ACCOUNTING

Ocwen Loan Servicing LLC, (hereinafter "Ocwen"), by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to the Debtor's Motion to Have Mortgage Deemed Satisfied or in the Alternative, for an Accounting, and in support thereof, avers as follows:

1-8.   Admitted.

9.   After reasonable investigation, Ocwen is without knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph nine (9) of the Motion and they are therefore denied.

10.   After reasonable investigation, Ocwen is without knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph ten (10) of the Motion and they are therefore denied.

11.    After reasonable investigation, Ocwen is without knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph eleven (11) of the Motion and they are therefore denied.

12.    The allegations set forth in paragraph twelve (12) of the Motion are conclusions of law to which no response is necessary and are therefore denied.

13-14.  After reasonable investigation, Ocwen is without knowledge sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraphs thirteen and fourteen (13-14) of the Motion and they are therefore denied. By way of further response, Homecomings Financial, LLC filed two proofs of claim in this case at claim number 1-1 and claim number 4-1. The Motion does not identify the mortgage by mortgage book volume and page and Ocwen is not able to verify the instrument number set forth in the proposed Order of Court. Ocwen requires additional information from the Debtor before it can verify the information set forth in the Motion.

**WHEREFORE**, Ocwen Loan Servicing LLC, respectfully requests that this Honorable Court deny the Debtor's Motion to Have Mortgage Deemed Satisfied or in the Alternative, for an Accounting.

                                                    PHELAN HALLINAN
                                                    DIAMOND & JONES, LLP

Date: September 5, 2017                */s/ James A. Prostko, Esquire*
                                                    James A. Prostko, Esquire
                                                    PA ID No. 27221
                                                    Phelan Hallinan Diamond & Jones, LLP
                                                    Omni William Penn Place Office Tower
                                                    555 Grant Street, Suite 300
                                                    Pittsburgh, PA 15219
                                                    412.745.0600 / 412.745.0601 (fax)
                                                    james.prostko@phelanhallinan.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| THOMAS J. DABALDO, : | BK. No. 08-20024-TPA |
| Debtor, : | |
| : | Chapter No. 13 |
| THOMAS J. DABALDO, : | |
| : | Hearing Date: 9/13/17 |
| Movant, : | |
| v. : | Hearing Time: 9:30 a.m. |
| : | |
| OCWEN LOAN SERVICING INC., : | Doc. No. 80 |
| : | |
| Respondent. : | |
| : | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that on September 5, 2017, I served or caused to be served Ocwen Loan Servicing LLC's Response to the Motion to Have Mortgage Deemed Satisfied or in the Alternative, for an Accounting on the parties at the addresses shown below. The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**
**Sharon M. Menchyk**
Blumling & Gusky
436 7th Avenue
1200 Koppers Building
Pittsburgh, PA 15219
SMenchyk@bglaw-llp.com

RONDA J. WINNECOUR, TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

**Service by First Class Mail**
**Thomas J. DaBaldo**
393 Tara Drive
Pittsburgh, Pa 15236

PHELAN HALLINAN
DIAMOND & JONES, LLP

Date: <u>September 5, 2017</u>           */s/ James A. Prostko, Esquire*
                                          James A. Prostko, Esquire
                                          PA ID No. 27221
                                          Phelan Hallinan Diamond & Jones, LLP
                                          Omni William Penn Place Office Tower
                                          555 Grant Street, Suite 300
                                          Pittsburgh, PA 15219
                                          412.745.0600 / 412.745.0601 (fax)
                                          james.prostko@phelanhallinan.com