Case 08-20024-TPA    Doc 87    Filed 09/14/17    Entered 09/14/17 14:29:26    Desc Main
Document      Page 1 of 1

9/14/17 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 08-20024-TPA |
| Thomas J. DaBaldo | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 9/13/2017 |
| | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**   #81 Motion to Have Mortgage Deemed Satisfied
  #85 CNO filed
  #86 Resp. by Ocwen Loan Servicing

**APPEARANCES:**
  Debtor:  Sharon Menchyk
  Trustee:  Jana Pail
  Ocwen:  James Prostko

**NOTES:**

Prostko: I'm looking for copy of payment history and note.  2 mortgages, to payoff arrears and reinstate in plan.  Confusion as to which loan.

Menchyk: Background of matters.  Selling the house.  We don't have a closing date pending.

**OUTCOME:** Relief to be granted in 30 days it not resolved prior.  Chambers to issue Order.

jlm