FILED
9/14/17 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS J. DABALDO, | : | Case No. 08-20024-TPA |
| *Debtor* | : | |
| | : | Chapter 13 |
| THOMAS J. DABALDO, | : | |
| *Movant* | : | Related to Doc. No. 81 |
| | : | |
| v. | : | |
| | : | |
| OCWEN LOAN SERVICING INC., | : | |
| *Respondent* | : | |

### ***ORDER***

AND NOW, this ***14th*** day of ***September, 2017***, following a hearing held yesterday on the ***Motion to have Mortgage Deemed Satisfied or in the Alternative, for an Accounting*** ("*Motion*"), Doc. No. 81, and based on the representations of the Movant it appearing that the Movant is facing hardship due to the unsatisfied mortgage and that the requested relief should be granted, but Respondent having requested some additional time to investigate the status of the mortgage which is the subject of the *Motion*, it is **ORDERED, ADJUDGED** and **DECREED** that the *Motion* is **GRANTED** as follows:

(1)    ***On or before October 14, 2017*** Respondent shall either file of record in Allegheny County a Satisfaction of the Mortgage on 393 Tara Drive, Pittsburgh, Pa. 15236, Allegheny County Instrument No. 206110943, together with a proof of same in this Court, or an Amended Response to the *Motion* setting forth in detail its reasons for opposing the relief requested in the *Motion*.

(2) If the Respondent files a Satisfaction of Mortgage and proof of same the Court will consider the matter closed, but if it files an Amended Response a further hearing on the *Motion* will be promptly scheduled.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve;
    Sharon Menchyk, Esq.
    James Prostko, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 08-20024-TPA
Thomas J. DaBaldo                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1            Date Rcvd: Sep 14, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             #+Thomas J. DaBaldo,    393 Tara Drive,    Pittsburgh, Pa 15236-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Homecomings Financial, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew L. Spivack    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Gary J. Gaertner    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com;garygaertner@gmail.com
              James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jay B. Jones    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kenneth Steidl    on behalf of Debtor Thomas J. DaBaldo julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Krysia Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    GMAC Mortgage,LLC pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sharon M. Menchyk    on behalf of Debtor Thomas J. DaBaldo SMenchyk@bglaw-llp.com,
               ktosadori@bglaw-llp.com
                                                                                               TOTAL: 13