FILED
11/20/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS J. DABALDO

Debtor(s)

THOMAS J. DABALDO

Movant

Vs.

OCWEN LOAN SERVICING INC.

Respondent

Case No.: 08-20024 TPA

Chapter 13

Document No. 93

## ORDER OF COURT

AND NOW, this _20th_ day of ___November___, 2017, upon consideration of the Motion for Sanctions as to Respondent Ocwen Loan Servicing Inc., good cause being shown;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

~~That the~~ real property located in the Borough of Pleasant Hills, ~~Allegheny County,~~ Commonwealth of Pennsylvania, ~~more fully~~ described in the Deed recorded in the Allegheny County ~~Department of Court Records on July 13, 2004 at Deed Book Volume 12116~~, Page 432 ~~is free~~ and clear of ~~the Mortgage~~ recorded on December 21, 2006 in the Allegheny Department ~~of Court Records at Allegheny County~~ at Mortgage Book Volume 33140, Page 504 and said Mortgage is satisfied. _That the request of the movant to withdraw the motion is GRANTED and the Nov. 21, 2017 hearing cancelled._

{22760.02/935130:}

_[signature]_ J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas J. DaBaldo  
    Debtor

Case No. 08-20024-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db         #+Thomas J. DaBaldo,    393 Tara Drive,    Pittsburgh, Pa 15236-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    Homecomings Financial, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Andrew L. Spivack    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com  
       Gary J. Gaertner    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com  
       James A. Prostko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
       Jay B. Jones    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com  
       Jerome B. Blank    on behalf of Creditor    Homecomings Financial, LLC pawb@fedphe.com  
       Joseph P. Schalk    on behalf of Creditor    Homecomings Financial, LLC jschalk@barley.com, sromig@barley.com  
       Kenneth Steidl    on behalf of Debtor Thomas J. DaBaldo julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
       Krysia Kubiak    on behalf of Creditor    Duquesne Light Company bankruptcyfilings@duqlight.com  
       Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al. pawb@fedphe.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert P. Wendt    on behalf of Creditor    GMAC Mortgage,LLC pawb@fedphe.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sharon M. Menchyk    on behalf of Debtor Thomas J. DaBaldo SMenchyk@bglaw-llp.com, ktosadori@bglaw-llp.com  
                                                                                                                                      TOTAL: 14